IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RAYMOND LEE KING,**

    **Plaintiff,**

v.                                                      Case No. 1:24-cv-34-AW-HTC

**UNITED STATES SUPREME
COURT, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 5), to which there has been no objection. I agree with the magistrate judge: this case is frivolous. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on March 15, 2024.

                                                       s/ *Allen Winsor*
                                                       United States District Judge